■ LEONID BABINSKY, Appellant, v VIASCHESLAV SKIDANOV, Also Known as SKIDANOV VYACHESLAV EVGUENIEVICH, Respondent, et al., Defendants. [784 NYS2d 540]—

Order, Supreme Court, New York County (Emily Jane Goodman, J.), entered September 11, 2003, which, in a mortgage foreclosure action, insofar as appealed from, denied plaintiff's motion for summary judgment appointing a referee to compute and striking defendant-respondent mortgagor's counterclaims seeking, inter alia, a declaration that the mortgage note is usurious, unanimously affirmed, with costs.

The motion court correctly held that even if the note were exempt from the defense of civil usury because given in connection with a purchase-money mortgage, it remains subject to the defense of criminal usury (*see C & M Air Sys. v Custom Land Dev. Group II*, 262 AD2d 440, 440-441 [1999]), and that an issue of fact as to criminal usurious intent is raised by the unexplained discrepancy between the amount stated on the note and the substantially lesser amount that defendant claims to have received from plaintiff (*see Karas v Shur*, 189 AD2d 856 [1993]). Concur—Mazzarelli, J.P., Andrias, Friedman, Marlow and Sweeny, JJ.

■ JERILYN M. DAY, Respondent, v CITY OF NEW YORK et al., Respondents, and DORMITORY AUTHORITY OF THE STATE OF NEW YORK, Appellant. [784 NYS2d 365]—Order, Supreme Court, Bronx County (Patricia Anne Williams, J.), entered October 15, 2003, which denied the motion of defendant Dormitory Authority of the State of New York for summary judgment dismissing the complaint as against it, unanimously affirmed, without costs.

On the record presented here, there are issues of fact which preclude the grant of summary judgment. Concur—Mazzarelli, J.P., Andrias, Friedman, Marlow and Sweeny, JJ.